| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Iya Foods, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-5005401

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 31W290 Schoger Drive<br>Naperville, IL 60564 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Will<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  https://www.iyafoods.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Iya Foods, Inc._____  Case number (*if known*)_____
       Name

7. **Describe debtor's business**  A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3119__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   ☒ No.
   ☐ Yes.
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  Iya Foods, Inc.  _____  Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Iya Foods, Inc.  
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 10, 2025  
MM / DD / YYYY

**X** /s/ Oluwatoyin Kolawole        Oluwatoyin Kolawole  
Signature of authorized representative of debtor        Printed name

Title  CEO

**18. Signature of attorney**

**X** /s/ Justin Storer        Date  January 10, 2025  
Signature of attorney for debtor        MM / DD / YYYY

Justin Storer  
Printed name

The Law Office of William J. Factor, Ltd  
Firm name

105 W. Madison St., Suite 2300  
Chicago, IL 60602  
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  jstorer@wfactorlaw.com

IL  
Bar number and State

**Fill in this information to identify the case:**

Debtor name   Iya Foods, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 10, 2025             **X** /s/ Oluwatoyin Kolawole
                                            Signature of individual signing on behalf of debtor

                                            Oluwatoyin Kolawole
                                            Printed name

                                            CEO
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Iya Foods, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A – Amount of claim (Do not deduct the value of collateral.) | Column B – Value of collateral that supports this claim |
|---|---|---|

**2.1** SBA
Creditor's Name

PO Box 3918
Portland, OR 97208
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
"all tangible" property

Describe the lien
UCC Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: $1,349,900.00    Value: $0.00

**2.2** Small Business Administration
Creditor's Name

2 North Street, Suite 320
Birmingham, AL 35203
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
"All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles and Fixtures"

Describe the lien
UCC Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: $449,999.97    Value: $0.00

Debtor   Iya Foods, Inc.                                            Case number (if known)
        Name

| 2.3 | **Village Bank & Trust, N.A.** | **Describe debtor's property that is subject to a lien** | $2,081,211.27 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | "All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles and Fixtures" | | |
| | 9801 W. Higgins Rd., Suite 400 | | | |
| | Des Plaines, IL 60018 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | UCC Lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 1774 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☒ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $3,881,111.24

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | Line 2.3 | |

**Fill in this information to identify the case:**

Debtor name: Iya Foods, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9006<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>No debt owed; notice only<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>No debt owed; notice only<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $0.00 | $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Airgas U.S.A. LLC<br>6055 Rockside Woods Boulevard<br>Independence, OH 44131<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes | $1,545.00 |

Debtor  Iya Foods, Inc.                                    Case number (if known)
         Name

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Alarm Detection Systems<br>1111 Church Road<br>Aurora, IL 60505 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $924.60 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 1007 | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>American Eagle Packaging Corp<br>1645 Todd Farm Drive<br>Elgin, IL 60123 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,395.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 18IN | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>BDI<br>4210 Transworld Road<br>Schiller Park, IL 60176 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,432.32 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Belmark Inc.<br>PO Box 8814<br>Carol Stream, IL 60197 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 3648 | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>BPSG, Inc.<br>835 Barrington Point Road<br>Barrington, IL 60010 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,997.10 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Carlsen Elevator<br>2468 Wisconsin Ave.<br>Downers Grove, IL 60515 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138.92 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>Crudele Equipment Services<br>PO Box 72892<br>Roselle, IL 60172 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,038.14 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Custom Cut Metals<br>9502 Gulfstream Rd.<br>Frankfort, IL 60423 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,984.62 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 24 | Is the claim subject to offset?   ☒ No    ☐ Yes | |

| Debtor | Iya Foods, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** **Nonpriority creditor's name and mailing address**  
Custom Cut Metals  
9502 Gulfstream Rd.  
Frankfort, IL 60423

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 255

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$822.69

---

**3.11** **Nonpriority creditor's name and mailing address**  
Dandee Pallet & Packaging, Inc.  
1600 Powis Ct.  
West Chicago, IL 60185

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 7951

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$960.00

---

**3.12** **Nonpriority creditor's name and mailing address**  
Echo Global Logistics  
600 W. Chicago Ave., Suite 725  
Chicago, IL 60654

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 0106

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$6,874.62

---

**3.13** **Nonpriority creditor's name and mailing address**  
Elevation Inspector Service  
745 McClintock Dr.  
Suite 235  
Burr Ridge, IL 60527

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$400.00

---

**3.14** **Nonpriority creditor's name and mailing address**  
Globaltranz Enterprises, LLC  
10818 Cyrus Drive  
Indianapolis, IN 46231

**Date(s) debt was incurred** _  
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$677.86

---

**3.15** **Nonpriority creditor's name and mailing address**  
Gluten Intolerance Group  
31214 124th Ave SE  
Auburn, WA 98092

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 0106

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$5,392.47

---

**3.16** **Nonpriority creditor's name and mailing address**  
Incline Construction Inc.  
P.O. Box 377  
Plainfield, IL 60544

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 3633

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$6,941.80

---

**3.17** **Nonpriority creditor's name and mailing address**  
KeHE Distributors  
4055 Deerpark Blvd.  
Elkton, FL 32033

**Date(s) debt was incurred** _  
**Last 4 digits of account number** 2024

**As of the petition filing date, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$14,888.26

---

Debtor   Iya Foods, Inc.   Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Kemin Food Technologies, Inc.<br>2100 Maury Street<br>PO Box 70<br>Des Moines, IA 50306 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $833.35 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 3088 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Key West Metal Industries Incorporated<br>13831 S. Kostner Ave.<br>Crestwood, IL 60418 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,943.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0923 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Midwest Industrial Rubber<br>5 Earl Court<br>Suite 150<br>Woodridge, IL 60517 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,197.19 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6210 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>MRO Marketing<br>204 W. Academy St. SW<br>Gainesville, GA 30501 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,980.26 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 4630 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Oneder LLC<br>2430 Payne St.<br>Evanston, 1   60201 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $875.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1060 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Rademaker USA, LLC<br>5218 Hudson Drive<br>Hudson, OH 44236 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,950.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6986 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>Rebecca Abreu<br>1307 W. 106th Place<br>Chicago, IL 60643 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,000.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 14 | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>RMG Security Solutions, Inc.<br>36W144 Sturgis Ct.<br>Dundee, IL 60118 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $360.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Fees<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Iya Foods, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>RMG Security Solutions, Inc.<br>36W144 Sturgis Ct.<br>Dundee, IL 60118 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $196.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 2802 | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>Rose Pest Solutions<br>19 W 050 North Ave.<br>Lombard, IL 60148 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>Screenerking<br>11111 Katy Fwy. Suite 310<br>Houston, TX 77079 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,583.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4281 | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>SCS Global Services<br>PO Box 45034<br>San Francisco, CA 94145 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,875.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 8747 | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>Strategic Labor Solutions Inc.<br>2 Trans Am Plaza Drive<br>Oakbrook Terrace, IL 60181 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,716.17 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 2322 | Is the claim subject to offset?   ☒ No   ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 126,873.36 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 126,873.36 |

**Fill in this information to identify the case:**

Debtor name: Iya Foods, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Debtor guaranteed lease of Iya Facility LLC, which it later assigned to debtor | |
| | State the term remaining | Appx. 30 mos. | 31W290 Schoger LLC<br>c/o Wheatland Industrial Venture LLC<br>11770 Park St., Unit 210<br>Naperville, IL 60563 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: Iya Foods, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Oluwatoyin Kolawole | 12412 Canterbury Dr. Plainfield, IL 60585 | Village Bank & Trust, N.A. | ☒ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Oluwatoyin Kolawole | 12412 Canterbury Dr. Plainfield, IL 60585 | SBA | ☒ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Oluwatoyin Kolawole | 12412 Canterbury Dr. Plainfield, IL 60585 | Small Business Administration | ☒ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Sholape Kolawole | 39W290 Schoger Dr. Naperville, IL 60564 | Village Bank & Trust, N.A. | ☒ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Sholape Kolawole | 39W290 Schoger Dr. Naperville, IL 60564 | Small Business Administration | ☒ D  2.2<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re: Iya Foods, Inc.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 37

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: January 10, 2025

/s/ Oluwatoyin Kolawole
Oluwatoyin Kolawole/CEO
Signer/Title

```
31W290 Schoger LLC
c/o Wheatland Industrial Venture LLC
11770 Park St., Unit 210
Naperville, IL 60563


Airgas U.S.A. LLC
6055 Rockside Woods Boulevard
Independence, OH 44131


Alarm Detection Systems
1111 Church Road
Aurora, IL 60505


American Eagle Packaging Corp
1645 Todd Farm Drive
Elgin, IL 60123


BDI
4210 Transworld Road
Schiller Park, IL 60176


Belmark Inc.
PO Box 8814
Carol Stream, IL 60197


BPSG, Inc.
835 Barrington Point Road
Barrington, IL 60010


Carlsen Elevator
2468 Wisconsin Ave.
Downers Grove, IL 60515


Crudele Equipment Services
PO Box 72892
Roselle, IL 60172


Custom Cut Metals
9502 Gulfstream Rd.
Frankfort, IL 60423


Dandee Pallet & Packaging, Inc.
1600 Powis Ct.
West Chicago, IL 60185


Echo Global Logistics
600 W. Chicago Ave., Suite 725
Chicago, IL 60654


Elevation Inspector Service
745 McClintock Dr.
Suite 235
Burr Ridge, IL 60527
```

```
Globaltranz Enterprises, LLC
10818 Cyrus Drive
Indianapolis, IN 46231


Gluten Intolerance Group
31214 124th Ave SE
Auburn, WA 98092


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9006


Incline Construction Inc.
P.O. Box 377
Plainfield, IL 60544


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


KeHE Distributors
4055 Deerpark Blvd.
Elkton, FL 32033


Kemin Food Technologies, Inc.
2100 Maury Street
PO Box 70
Des Moines, IA 50306


Key West Metal Industries Incorporated
13831 S. Kostner Ave.
Crestwood, IL 60418


Midwest Industrial Rubber
5 Earl Court
Suite 150
Woodridge, IL 60517


MRO Marketing
204 W. Academy St. SW
Gainesville, GA 30501


Oluwatoyin Kolawole
12412 Canterbury Dr.
Plainfield, IL 60585


Oneder LLC
2430 Payne St.
Evanston, 1   60201


Rademaker USA, LLC
5218 Hudson Drive
Hudson, OH 44236
```

Rebecca Abreu
1307 W. 106th Place
Chicago, IL 60643


RMG Security Solutions, Inc.
36W144 Sturgis Ct.
Dundee, IL 60118


Rose Pest Solutions
19 W 050 North Ave.
Lombard, IL 60148


SBA
PO Box 3918
Portland, OR 97208


Screenerking
11111 Katy Fwy. Suite 310
Houston, TX 77079


SCS Global Services
PO Box 45034
San Francisco, CA 94145


Sholape Kolawole
39W290 Schoger Dr.
Naperville, IL 60564


Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Small Business Administration
409 3rd St., SW
Washington, DC 20416


Strategic Labor Solutions Inc.
2 Trans Am Plaza Drive
Oakbrook Terrace, IL 60181


Village Bank & Trust, N.A.
9801 W. Higgins Rd., Suite 400
Des Plaines, IL 60018

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re: Iya Foods, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Iya Foods, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 10, 2025
Date

/s/ Justin Storer
Justin Storer
Signature of Attorney or Litigant
Counsel for Iya Foods, Inc.
The Law Office of William J. Factor, Ltd
105 W. Madison St., Suite 2300
Chicago, IL 60602
 Fax:
jstorer@wfactorlaw.com